HYMAN PALATNIK, Respondent, v. DAVID SULLIVAN, as President of Local 32B, Building Service Employees International Union, et al., Appellants.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.